**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BHAMBRA LAKHBIR, IRVINDER S. DHANDA, et al.,

    Plaintiffs,

  v.

STATE OF CALIFORNIA, et al.,

    Defendants.
                              /

No. C 09-06092 SI

**ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 4(m)**

On April 13, 2010, the Court issued an order directing plaintiffs to show cause no later than April 23, 2010 why this action should not be dismissed for failure to prosecute. In that order, the Court also advised plaintiffs that if they did not serve defendants with a copy of the summons and complaint by April 29, 2010, the action would be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time").

The dates specified for showing cause and for serving defendants have now expired, and plaintiffs have apparently taken no action in response to the Court's order. Accordingly, this action is hereby DISMISSED without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: May 17, 2010

                                                  SUSAN ILLSTON
                                                  United States District Judge