**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHAMBRA LAKHBIR, IRVINDER S. DHANDA, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>      Defendants.<br>_____/ | No. C 09-06092 SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice in accordance with Federal Rule of Civil Procedure 4(m). Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: May 17, 2010

                                                                                SUSAN ILLSTON
                                                                                United States District Judge